JS-6

| | |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRRITEC USA, INC., a California corporation, | Case No. 5:22-cv-00660-AB-SHK<br>Hon. Andre Birotte, Jr |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DISMISSING THE COMPLAINT AND COUNTER-COMPLAINT** |
| VALPLASTIC USA, LLC, a Delaware Limited Liability Company; SATYANSU KUNDU, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |
| VALPLASTIC USA, LLC and SATYANSU KUNDU | |
| Counter-Plaintiffs, | |
| v. | |
| IRRITEC USA, INC. and IRRITEC S.r.l. | |
| Counter-Defendants. | |

[PROPOSED] ORDER DISMISSING THE COMPLAINT AND COUNTER-COMPLAINT

1  The Court has considered the Stipulation for Entry of Order Dismissing With
2  Prejudice the Complaint and Counter-Complaint filed concurrently herewith.
3  **IT IS HEREBY ORDERED** that:
4  1. The Settlement Agreement entered by the parties is incorporated herein
5  by reference.
6  2. The parties shall comply with the terms of the Settlement Agreement.
7  3. The Court retains jurisdiction to enforce the terms of the Settlement
8  Agreement as necessary.
9  4. The Complaint filed by Plaintiff Irritec USA, Inc. against Defendants
10 Valplastic USA, LLC and Satyansu Kundu herein is hereby dismissed with
11 prejudice, without any award of damages, each party to bear its own costs and
12 attorney fees herein incurred.
13 5. The Counter-Complaint filed by Counter-Plaintiffs Valplastic USA,
14 LLC and Satyansu Kundu against Counter-Defendants Irritec USA, Inc. and Irritec
15 S.r.l herein is hereby dismissed with prejudice, without any award of damages, each
16 party to bear its own costs and attorney fees herein incurred.

DATED: November 14, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING THE COMPLAINT AND COUNTER-COMPLAINT